1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN W. ROSE,

11            Petitioner,              No. CIV S-08-3012 DAD P

12      vs.

13   D.K. SISTO,

14            Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed a completed in

18   forma pauperis application[1] or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a);

19   1915(a).  Petitioner will be provided the opportunity to either submit the appropriate application

20   to proceed in forma pauperis or submit the appropriate filing fee.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Petitioner shall submit, within thirty days from the date of this order, an

23   application to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to

24   comply with this order will result in the dismissal of this action; and

25   _____

26        [1]    The second page of the application is missing.

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2    pauperis application used by this district.

3    DATED: December 19, 2008.

4

5          _____

6          DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

7    DAD:kly/4
     rose3012.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26