1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN W. ROSE,                         No. 2:08-cv-03012-MCE-DAD P

12            Petitioner,

13      vs.                                  ORDER

14   D.K. SISTO,

15            Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has timely filed a motion for a certificate of

18   appealability which the court also construes as a notice of appeal of this court's April 8, 2010

19   dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies.

20   Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C.

21   § 2253(c); Fed. R. App. P. 22(b).

22        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

23   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

24   court must either issue a certificate of appealability indicating which issues satisfy the required

25   showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

26   /////

1

1      Where, as here, the petition was dismissed on procedural grounds, a certificate of

2  appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

3  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

4  reason would find it debatable whether the petition states a valid claim of the denial of a

5  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.

6  McDaniel, 529 U.S. 473, 484 (2000)), rev'd in part on other grounds by 273 F.3d 826 (9th Cir.

7  2001)..

8      After careful review of the entire record herein, this court finds that petitioner has not

9  satisfied the first requirement for issuance of a certificate of appealability in this case.

10  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner

11  has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this

12  action.

13      IT IS SO ORDERED.

14   Dated:  June 8, 2010

15

16  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26